UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | |
|---|---|
| IN RE: YASMIN AND YAZ ) | |
| (DROSPIRENONE) ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES ) | MDL No. 2100 |
| PRACTICES AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | |

_____

**This Document Relates to:**

| | |
|---|---|
| Quishaun Mobley-Jones v. Bayer HealthCare Pharms. Inc. et al. | No. 3:10-cv-10737-DRH-PMF |
| Jacqueline Page v. Bayer HealthCare Pharms. Inc. et al. | No. 3:10-cv-10728-DRH-PMF |
| Annelise Simonson v. Bayer HealthCare Pharms. Inc. et al. | No. 3:10-cv-11068-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court entered on March 14, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

                               **NANCY J. ROSENSTENGEL,**
                               **CLERK OF COURT**

                               **BY:** /s/*Sandy Pannier*
                                       **Deputy Clerk**

Dated: March 14, 2011

Digitally signed by David R. Herndon
DN: cn=David R. Herndon, o=Southern District of IL, ou=U. S. District Court, email=judge_herndon@ilsd.uscourts.gov, c=US
Date: 2011.03.14 14:45:18 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT